IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR24-4068 |
| vs. | ) |
| ERIKA JO THELEN, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Northern District of Iowa moves for leave of court to dismiss without prejudice Count 3 of the pending Indictment against defendant Erika Jo Thelen.

Respectfully submitted,

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025 electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Jean Wordekemper

TIMOTHY T. DUAX
United States Attorney

By, s/*Shawn S. Wehde*

SHAWN S. WEHDE
Assistant United States Attorney
600 4th St, Suite 670
Sioux City, IA 51101
(712) 255-6011 / (712) 252-2034 (Fax)
Shawn.Wehde@usdoj.gov